Filing # 137951281 E-Filed 11/04/2021 07:20:45 PM

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**IN AND FOR LEE COUNTY, FLORIDA**

**CIVIL ACTION**

**ESTHER LYNN LONG and**
**SCOTT JOHN LONG,**

      **Plaintiffs,**

**v.**                                                                          **CASE NO.**

**THE STANDARD FIRE INSURANCE COMPANY,**

      **Defendant.**
_____/

**COMPLAINT**

**COUNT I**

**Uninsured Motorist**

Plaintiff, ESTHER LYNN LONG, sues Defendant, THE STANDARD FIRE INSURANCE COMPANY, and alleges:

1.      This is an action for damages in excess of $30,000.00.

2.      At all times material hereto, Defendant, THE STANDARD FIRE INSURANCE COMPANY, was a foreign profit corporation duly authorized and licensed to do business in the state of Florida and doing business in Lee County, Florida.

3.      On or about October 31, 2019, at the time of the subject incident, Cheryl Khan owned a motor vehicle which was operated with consent by Naudia Ashley Khan on Viscaya Parkway in Cape Coral, Lee County, Florida.

4.      On or about October 31, 2019, at the time of the subject incident, Naudia Ashley Khan and Cheryl Khan negligently operated and/or maintained the above-referenced motor vehicle so that it collided with the vehicle which the Plaintiff, ESTHER LYNN LONG, was driving.

1

**Exhibit A**

5.      As a direct and proximate result of the subject incident, as stated above, Plaintiff, ESTHER LYNN LONG, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, expense of additional household related expenses, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition.  These losses are either permanent or continuing and Plaintiff, ESTHER LYNN LONG, will suffer the losses in the future.

6.      Should the trier of fact determine that Plaintiff, ESTHER LYNN LONG, has not sustained a "threshold" injury in this incident, Plaintiff claims the right to reimbursement for such medical bills and lost wages as have not been paid from no-fault insurance and other collateral sources.

7.      Prior to the time of this incident herein described, the Defendant, THE STANDARD FIRE INSURANCE COMPANY, issued and delivered to Plaintiffs, in Sarasota County, Florida, an insurance policy number XXXXXX3-003 (redacted pursuant to Fla. R. Jud. Adm. 2.425), for premiums paid by Plaintiffs, protecting Plaintiff against losses and damages resulting from the negligence of uninsured motorists.

8.      Said policy was in effect at the time of this incident herein described.  Plaintiff believes that the Defendant, THE STANDARD FIRE INSURANCE COMPANY, has a copy of said policy in its possession and Plaintiff has attached a copy of said policy. See **Exhibit A**.

9.      The damages sustained by the Plaintiff as a result of the subject motor vehicle incident are in excess of Naudia Ashley Khan and Cheryl Khan's bodily injury insurance limits of $10,000, and therefore an uninsured motorist claim is created in favor of the Plaintiff, ESTHER LYNN LONG, and against the Defendant, THE STANDARD FIRE INSURANCE COMPANY.

10.     Naudia Ashley Khan and Cheryl Khan were uninsured motorists under the provisions of the Defendant's, THE STANDARD FIRE INSURANCE COMPANY, policy.

11.     Under the Defendant's, THE STANDARD FIRE INSURANCE COMPANY, insurance policy, the Plaintiff, ESTHER LYNN LONG, is entitled to recover against the Defendant, THE STANDARD FIRE

**Exhibit A**

INSURANCE COMPANY, for her injuries, damages and losses set forth above, which were caused by the negligence of Naudia Ashley Khan.

12.    Plaintiff, ESTHER LYNN LONG, is entitled to uninsured motorist coverage through the policy with the Defendant, THE STANDARD FIRE INSURANCE COMPANY, as a result of the subject incident.

13.    Plaintiff, ESTHER LYNN LONG, is entitled, under Section 627.4132 of the Florida Statutes, to stack all the available uninsured motorist coverages.

14.    Plaintiff, ESTHER LYNN LONG, has notified the Defendant, THE STANDARD FIRE INSURANCE COMPANY, of the uninsured motorist claims and has otherwise performed all conditions precedent to entitle them to recover under the policy.

15.    Plaintiff, ESTHER LYNN LONG, has demanded of Defendant, THE STANDARD FIRE INSURANCE COMPANY, the policy limits under the uninsured motorist policy; however, the Defendant has failed to pay and continues to withhold Plaintiff's uninsured motorist benefits to which the Plaintiff is entitled under the policy of insurance and Florida law.

WHEREFORE, Plaintiff, ESTHER LYNN LONG, demands judgment against Defendant, THE STANDARD FIRE INSURANCE COMPANY, for damages plus costs of this action and pre-judgment interest at the statutory rate for actual, out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, if any, to the extent allowed by law, and demands a trial by jury.

### COUNT II

### Consortium

Plaintiff, SCOTT JOHN LONG, sues Defendant, THE STANDARD FIRE INSURANCE COMPANY, and alleges:

16.    Plaintiff, SCOTT JOHN LONG, realleges each and every allegation previously set forth in Count I of this Complaint, and incorporates them herein by reference.

**Exhibit A**

17.     On October 31, 2019, the date of the subject incident, and at all times material to this action, Plaintiffs, ESTHER LYNN LONG and SCOTT JOHN LONG, were legally married.

18.     As a direct and proximate result of the negligence described herein above, Plaintiff, SCOTT JOHN LONG, suffered the loss of the services, comfort, society, companionship and consortium of his spouse, Plaintiff, ESTHER LYNN LONG, for a substantial period of time.

WHEREFORE, Plaintiff, SCOTT JOHN LONG, demands judgment against Defendant, THE STANDARD FIRE INSURANCE COMPANY, for compensatory damages plus costs of this action, and demands a trial by jury.

**ASSOCIATES & BRUCE L. SCHEINER**
*Attorneys for the Injured*
4020 Evans Avenue
P.O. Box 60049
Fort Myers, FL 33901-9309
Phone: (239) 939-2900
Primary e-mail: service@blslawyers.com
Secondary e-mail: service2.bls@gmail.com

By:     _____s/ Daniel S. Dalesandro_____
        Daniel S. Dalesandro, Esquire
        Florida Bar # 0546739

4

**Exhibit A**